**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Allen Poyson,<br><br>　　　　　Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　Respondent. | No. 21-8259-PCT-DLR<br><br><u>DEATH-PENALTY CASE</u><br><br>**ORDER** |

　　　　Pending before the Court is Petitioner Robert Allen Poyson's Unopposed Motion to Request a Certified Copy of the Updated State Court Record from the Arizona Supreme Court. (Doc. 13.) The Court finding good cause,

　　　　**IT IS ORDERED granting** Petitioner's motion.

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Arizona Supreme Court transmit a certified copy of the updated state court record, consisting of the following:

　　　　• Trial and post-conviction relief proceedings: Mohave County Superior Court case number CR-96-865;

　　　　• Direct appeal and new independent review proceedings: Arizona Supreme Court case number CR-98-0510-AP;

　　　　• Petition for review proceedings: Arizona Supreme Court case number CR-03-0218-PC

to Nicholas Sommers, Courtroom Services Administrator, Operations Supervisor, United States District Court, 401 West Washington Street, Suite 130, Phoenix, Arizona, 85003.

1     **IT IS FURTHER ORDERED** that the Clerk of Court send a copy of this Order to Tracie K. Lindeman, Clerk of the Arizona Supreme Court, 1501 W. Washington, Suite 402, Phoenix, Arizona 85007-3329.

    Dated this 22nd day of November, 2022.

_____
Douglas L. Rayes
United States District Judge